## VIRGINIA *v.* MARYLAND.

No. 12, Original.  Decided October 14, 1957.

*J. Lindsay Almond, Jr.,* then Attorney General, *Kenneth C. Patty,* then Assistant Attorney General, and *C. F. Hicks,* Assistant Attorney General, filed a motion for a temporary restraining order for the Commonwealth of Virginia.  Subsequently, resigning as Attorney General, *Mr. Almond* requested leave to withdraw his appearance and that *Mr. Patty,* who succeeded him as Attorney General, be substituted.

*C. Ferdinand Sybert,* Attorney General, *Joseph S. Kaufman,* Assistant Attorney General, and *Edward S. Digges,* Special Assistant Attorney General, for the State of Maryland, filed an answer to the motion for a temporary restraining order.

PER CURIAM.

The motion of the Commonwealth of Virginia for a temporary restraining order is denied.  The motion for leave to withdraw the appearance of *J. Lindsay Almond, Jr.,* as counsel for the plaintiff, is granted.